FILED

06/07/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0108

# IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No. DA 24-0108

PROTECT THE GALLATIN RIVER,

Plaintiff/Appellant,

v.

GALLATIN COUNTY, DEPARTMENT OF PLANNING AND
COMMUNITY DEVELOPMENT, GALLATIN COUNTY COMMISSION,
AND JEFF AND JIRINA PFEIL,

Defendants/Appellees.

On Appeal from Montana Eighteenth Judicial District Court, Gallatin County

District Court Cause No. DV-16-2021-0001335-DK,

Honorable Peter B. Ohman, Presiding

## GRANT OF PFEIL APPELLEES UNOPPOSED
## MOTION FOR EXTENSION OF TIME

Pursuant to the authority granted under Rule 26, M.R.App.P., Appellee Jeff

and Jirina Pfeils' Unopposed Motion for Extension of Time is granted. Appellee

Pfeils may file and serve their answer brief in this matter on or before July 8, 2024.

Dated this _____ day June, 2024.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 7 2024